UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

7:19-cv-11469 (CS)

Jennifer Lopez-Barnett, individually and on behalf of all others similarly situated,

        Plaintiff,

  vs.

Trader Joe's Company,

        Defendant.

**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the time within which Defendant Trader Joe's Company may move, answer, or otherwise respond to the Complaint is hereby extended by 28 days, up to and including July 2, 2020.

    This is the second request for an extension of time in connection with this matter. The original deadline to respond to the Complaint was May 5, 2020. The parties' first request for an extension was granted on April 29, 2020 (Dkt. 8).

    The parties request additional time to consider how to proceed, such as a motion to dismiss or answer by Defendant, an amended complaint by Plaintiff, or a resolution between the parties. This request does not affect any other scheduled dates.

    No provision of this Stipulation and Order shall be construed as a waiver of, and Defendant Trader Joe's Company expressly reserves, any and all defenses.

| | |
|---|---|
| Dated: June 1, 2020 | Dated: June 1, 2020 |
| SHEEHAN & ASSOCIATES, P.C. | FAEGRE DRINKER BIDDLE & REATH LLP |
| *s/Spencer Sheehan* | *s/Rory F. Collins* |
| Spencer Sheehan<br>505 Northern Blvd<br>Suite 311<br>Great Neck, NY 11021<br>Office: (516) 303-0552<br>Mobile: (516) 236-6456<br>Facsimile: (516) 234-7800<br>spencer@spencersheehan.com | Lucas B. Michelen<br>1177 Avenue of the Americas,<br>41st Floor<br>New York, NY 10036<br>Telephone: (212) 248-3140<br>Fax: (212) 248-3141<br>lucas.michelen@FaegreDrinker.com |
| *Attorney for Plaintiff Jennifer Lopez-Barnett* | Sarah L. Brew (*pro hac vice*)<br>Tyler A. Young (*pro hac vice application forthcoming*)<br>Rory F. Collins (NY Bar. No. 5549670)<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600<br>sarah.brew@FaegreDrinker.com<br>tyler.young@FaegreDrinker.com<br>rory.collins@FaegreDrinker.com |
| | *Attorneys for Defendant Trader Joe's Company* |

SO ORDERED.

_____  6/1/20
CATHY SEIBEL, U.S.D.J.